UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-20294-CIV-GAYLES

**HEIDY YADIRA CORTES MEDINA**,

    Plaintiff,

vs.

**ALEJANDRO MAYORKAS**, *et al.*,

    Defendants.

_____/

**NOTICE OF PENDING, RE-FILED, RELATED OR SIMILAR ACTION**

The Defendants, by and through the undersigned Assistant United States Attorney, hereby gives notice, pursuant to Local Rule 3.8 of the Southern District of Florida, of the existence of a pending, re-filed, related, or similar action:

**Cortes Medina v. Mayorkas, et al**, Case No. 23-CV-24942

The above captioned "Verified Petition for Writ of Habeas Corpus" involves the same parties and the same factual issues as this case. This case is a request to prevent the Defendants from deporting the Plaintiff while her above captioned habeas case is pending. Accordingly, the two actions are related or similar.

                                                  Respectfully submitted,

                                                  MARKENZY LAPOINTE
                                                  UNITED STATES ATTORNEY

                                   By: /s/ *Jason A. Reding Quiñones*
                                                  JASON A. REDING QUIÑONES
                                                  ASSISTANT UNITED STATES ATTORNEY

        United States Attorney's Office
        Southern District of Florida
        99 N.E. 4th Street, Suite 300
        Miami, FL 33132-2111
        Telephone: (305) 961-9202
        Email: jason.reding@usdoj.gov
        Florida Bar No. 56876